**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

JESUS DAVID COLMENAREZ LOPEZ, )
)
Petitioner, )
)
v. ) Case No. CIV-26-1387-J
)
ROBERT CERNA, et al., )
)
Respondents. )

**ORDER**

Petitioner Jesus David Colmenarez Lopez, a citizen of Venezuela, is currently in the custody of the U.S. Immigration and Customs Enforcement. He has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his detention [Doc. No. 1]. The matter was referred to United States Magistrate Judge Suzanne Mitchell who issued a Report and Recommendation [Doc. No. 10] recommending that the Court grant, in part, the Petition by ordering Respondents to immediately release Petitioner subject to the same conditions of his earlier release. Respondents have filed no objection. Respondents have therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 10] and GRANTS Petitioner's Petition for Writ of Habeas Corpus in part as follows: Respondents are ordered to immediately release Petitioner subject to an appropriate order of release. Respondents shall certify compliance within five (5) business days of the date of this Order.

A separate judgment will enter.

IT IS SO ORDERED this 1st day of September, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE